EMMA KOLB, Individually and as Administratrix of the Estate of JOHN B. KOLB, Deceased, Appellant, *v.* KATHERINE M. KOLB, Respondent.

(Argued December 6, 1933; decided January 9, 1934.)

*H. H. Brown, William B. Davis* and *James E. Turner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.